Ebb LASSITER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Nov. 9, 1943.

Joe H. Weaks for movant.

W. Owen Keller, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Ebb LASSITER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Nov. 9, 1943.

Joe H. Weaks for movant.

W. Owen Keller, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

MAHAN-JELLICO COAL COMPANY, Movant, v. M. Z. ROUNDTREE, Opposed.

Court of Appeals of Kentucky.

Nov. 12, 1943.

T. E. Mahan and H. H. Tye for movant.

R. L. Pope and C. B. Upton, opposed.

PER CURIAM.

Judgment for $300 in favor of appellee against appellant in tort action for negligence. Appellant's motion for an appeal is overruled and judgment affirmed.